Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16817−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mira D. Purohit
  1 Mink Run Court
  North Brunswick, NJ 08902

Social Security No.:
  xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/19/22.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16817-CMG
Mira D. Purohit  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 19, 2022      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mira D. Purohit, 1 Mink Run Court, North Brunswick, NJ 08902-3151 |
| 519692547 | + | Center Village Condo, Att: Terry A. Kessler Esq, Hill Wallack LP, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692548 | + | Dhaval Purohit, 1703 Azalea Dr, North Brunswick, NJ 08902-5550 |
| 519692549 | + | Jaffe & Asher LLP, 75 Claremont Rd, Ste 306, Bernardsville, NJ 07924-2271 |
| 519692550 | | KML Law Group PC, 216 Haddon Ave, Ste 406, Oaklyn, NJ 08107 |
| 519692553 | | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 519692555 | | Richard H. Klauber, Esq., 1500 Allaire Ave, Ste 101, Ocean Twp, NJ 07712-7603 |
| 519692557 | + | Sheriff of Middlesex County NJ, Att: Foreclosure Unit, 401 Livingston Ave, New Brunswick, NJ 08901-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519692546 | + | Email/PDF: bncnotices@becket-lee.com | Oct 19 2022 20:54:42 | American Express, World Financial Center, Att: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 519696534 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 20:54:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519728986 | + | EDI: IRS.COM | Oct 20 2022 00:43:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519694093 | + | EDI: AIS.COM | Oct 20 2022 00:43:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733647 | | EDI: JEFFERSONCAP.COM | Oct 20 2022 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519692551 | ^ | MEBN | Oct 19 2022 20:46:06 | KML Law Group PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519692552 | + | Email/Text: BKNotice@ldvlaw.com | Oct 19 2022 20:49:00 | Lyons Doughty & Veldhuis, Box 1269, Mt Laurel, NJ 08054-7269 |
| 519692556 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2022 20:50:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519693942 | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519692558 | | EDI: TDBANKNORTH.COM | | |

| | Oct 20 2022 00:43:00 | TD Bank, PO Box 1190, Lewiston, ME 04243 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519692554 | *+ | Dhaval Purohit, 1703 Azalea Dr, North Brunswick, NJ 08902-5550 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Mira D. Purohit wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4